UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVY BISHOP,<br><br>Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>Defendant. | 26-CV-7680 (LTS)<br><br>ORDER DIRECTING ORIGINAL SIGNATURE AND ADDRESS |

LAURA TAYLOR SWAIN, Chief United States District Judge:

This action was submitted to the court by email and has been assigned the docket number listed above. Plaintiff's complaint and *in forma pauperis* (IFP) application are unsigned. The Federal Rules of Civil Procedure require that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a); *see also* Local Civil Rule 11.1(a).

Because the complaint is unsigned, Plaintiff is directed to sign and submit the attached Declaration within 30 days of the date of this order. Plaintiff must also submit a signed and completed Amended IFP application. The signed documents must be labeled with docket number 26-CV-7680 (LTS).

If Plaintiff submits the documents by email, to ProSe@nysd.uscourts.gov, Plaintiff may use a digital signature or a typed name with /s/ ("/s/ Ivy Bishop") on the signature line. *See* Local Civil Rule 5.2 ("Any document submitted . . . [by email] must be signed by the party in one of the following ways: (a) by signing the document and then scanning it; (b) by using a digital signature; or (c) by typing: "/s/ [Party's Name]."). If Plaintiff mails the documents to the court, or files paper documents in person, Plaintiff must comply with Rule 11(a) by hand signing the documents.

Moreover, Plaintiff commenced this action without providing an address of record for service. Rule 11(a) requires that a pleading "must state the signer's address, email address, and telephone number." Fed. R. Civ. P. 11(a). In addition, a standing order in this district provides that "[i]t is a party's obligation to provide an address for service . . . ." *In Re Pro Se Litigation*, No. 24-MC-127 (LTS) (S.D.N.Y. Mar. 18, 2024) ("Amended Standing Order"); *see also Electronic Case Filing Rules*, Rule 8.2 ("Electronically filed documents must include a signature block and must set forth the name, address, telephone number and e-mail address all in compliance with the Federal Rules of Civil Procedure and Local Civil Rule 11.1.").

Accordingly, because Plaintiff has not provided an address for service, Plaintiff is directed, within 30 days of the date of this order, either (1) to consent to accept electronic service of documents in this case; or (2) to sign and submit the Notice of Change of Address with a current mailing address.[1] Copies of these forms are attached. If Plaintiff submits the Notice of Change of Address or Consent to Electronic Service, the form must be labeled with docket number 26-CV-7680 (LTS).

No further action will be taken in this case, and no summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice to Plaintiff refiling it.[2]

---

[1] If Plaintiff consents to accept electronic service, she will no longer receive copies by postal mail.

[2] If Plaintiff is unable to provide an address or email address, Plaintiff must nevertheless respond within 30 days and explain any reason why she is unable to do so.

## CONCLUSION

For this action to proceed, within 30 days of the date of this order, Plaintiff Ivy Bishop must: (1) sign and submit the Amended IFP application and Declaration; and (2) provide a current mailing address or consent to accept electronic service of documents filed, or issued by the court, in this case. The Clerk of Court is directed to attach the Amended IFP application, the Declaration, a Notice of Change of Address form, and a Consent to Electronic Service form.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

This order will be viewable on the public docket, and the Court directs the Clerk of Court to email the order to the email address from which Plaintiff transmitted her complaint, which is ivyesther909@gmail.com.

SO ORDERED.

Dated: September 9, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

________________________________________

________________________________________

Name (Last, First, MI)

Address | City | State | Zip Code

Telephone Number | E-mail Address

Date | Signature

Click Here to Save

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

______________________________________

______________________________________
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

______________________________________

______________________________________
(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_________ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

______________________ ______________________
Date Signature

______________________________________
Name (Last, First, MI) Prison Identification # (if incarcerated)

______________________________________
Address City State Zip Code

______________________ ______________________
Telephone Number E-mail Address (if available)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_______________________________________

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

_______________________________________

_______________________________________

(full name(s) of the defendant(s)/respondent(s))

_____ CV _______________ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

## AMENDED APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?* ☐ Yes ☐ No (If "No," go to Question 2.)
   I am being held at: _______________________________________

   Do you receive any payment from this institution? ☐ Yes ☐ No

   Monthly amount: ____________________

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed? ☐ Yes ☐ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: ____________________________

   If "no," what was your last date of employment? ______________________

   Gross monthly wages at the time: ____________________________

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment ☐ Yes ☐ No
   (b) Rent payments, interest, or dividends ☐ Yes ☐ No

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts or inheritances | ☐ Yes | ☐ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☐ No |
| (g) Any other sources | ☐ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Dated | Signature

Name (Last, First, MI) | Prison Identification # (if incarcerated)

Address | City | State | Zip Code

Telephone Number | E-mail Address (if available)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVY BISHOP,

Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

Defendant.

26-CV-7680

DECLARATION

I, Ivy Bishop, declare under penalty of perjury that the foregoing is true and correct:

I am a plaintiff in this action and I respectfully submit this declaration in response to the Court's order dated September 9, 2026. I have signed this declaration as proof that I have read the complaint in this action and that I am a plaintiff in this action. Pursuant to Rule 11(b) of the Federal Rules of Civil Procedure, I certify that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

(1) the complaint is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

| | |
|---|---|
| Dated | Signature |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| Address City | State Zip Code |
| Telephone Number | E-mail Address (if available) |