UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVY BISHOP,<br><br>Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK ADMINISTRATION FOR CHILDREN'S SERVICES (ACS), et al.,<br><br>Defendants. | 26-CV-7680 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated September 9, 2026, the Court directed Plaintiff, within thirty days, to submit: (1) a completed, signed request to proceed *in forma pauperis* ("IFP") or pay the fees required to file a civil action in this court; (2) a completed, signed complaint; and (3) an address of record. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not responded to the order, and the time to do so has expired. Accordingly, the Court dismisses the complaint without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Judgment shall enter.

SO ORDERED.

Dated: October 21, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge